# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES M. SCHROER, JR, | ) | CASE NO. 1:17-cv-1620 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OPINION |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation ("R&R") of the Magistrate Judge in the above-entitled action. (Doc. No. 27.) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, the fourteen-day period has elapsed and no objections have been filed. Further, defendant has filed a response indicating that she does not intend to file objections to the R&R. (Doc. No. 28.) The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's R&R and adopts the same. Accordingly, the final decision of the Commissioner is vacated and the case is remanded to the Commissioner, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the R&R.

**IT IS SO ORDERED**.


Dated: June 27, 2018

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**